```
IRVIN L. SIMONS (182082)
LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone:  (510) 782-6161
Facsimile:  (510) 782-3519
```

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No.: CR 08-00540 DLJ |
| ) | |
| Plaintiff,     ) | **ORDER RE:   EXCLUSION OF TIME UNDER THE** |
| ) | **SPEEDY TRIAL ACT [18 U.S.C. §3161]** |
| vs.                              ) | |
| ) | |
| JAMES SELZER,                        ) | |
| ) | |
| Defendant        ) | |
| ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the time from March 20, 2009 to May 01, 2009 is hereby excluded from the time calculations of the Speedy Trial Act, 18 U.S.C. §3161.  The court finds the time from March 20, 2009 to May 01, 2009 excludable from the Speedy Trial Act requirements of Title 18, United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The court finds that the time excludable in that the ends of justice served by granting this continuance of the status conference to May 01, 2009 outweigh the best interests of the public and the defendant in an earlier trial for the following reasons: defense counsel is currently engaged in a homicide trial in the Superior Court of Alameda County and is unable to appear. For this reason, the court finds that a continuance of the status conference to May 01, 2009 is necessary to ensure both effective case preparation and the availability of defense counsel, and denial of such a continuance would unreasonably deny defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C. §§3161 (h)(8)(A) and 3161 (h)(8)(B)(iv).

ORDER RE EXCLUSION OF TIME - 1

```
 1
 2
 3  DATE: March 16, 2009
 4                                        _____
                                          D. Lowell Jensen
 5                                        United States District Court Judge
 6
```

ORDER RE EXCLUSION OF TIME - 2