IRVIN L. SIMONS (182082)
LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone: (510) 782-6161
Facsimile: (510) 782-3519

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. : CR 08-00540  DLJ |
| ) | |
| Plaintiff, ) | ORDER RE: EXCLUSION OF THE |
| ) | |
| ) | TIME UNDER THE SPEEDY TRIAL |
| vs. ) | |
| ) | ACT [18 U.S.C. §3161] |
| JAMES SELZER, ) | |
| ) | |
| Defendant ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the time from June 26, 2009 to July 17, 2009 is hereby excluded from the time calculations of the Speedy Trial Act, 18 U.S.C. §3161. The court finds the time from June 26, 2009 to July 17, 2009 excludable from the Speedy Trial Act requirements of Title 18, United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The court finds that the time excludable in that the ends of justice served by granting this continuance to July 17, 2009 outweigh the best interests of the public and the defendant in an earlier trial for the following reasons: the continuance will afford defense counsel time to receive and review prior plea transcripts from state court which have been ordered, but not yet received.  This will allow defendant time for further investigation and be

1 | better prepared to proceed with plea agreement. For these
2 | reasons, the court finds that a continuance to July 17, 2009 is
3 | necessary to ensure both effective case preparation and
4 | effective representation by defense counsel, and denial of such
5 | a continuance would unreasonably deny defendant effective case
6 | preparation and effective assistance of counsel pursuant to 18
7 | U.S.C. §§3161 (h)(7)(A) and 3161 (h)(7)(B)(iv).

DATE: June 25, 2009

_____
D. Lowell Jensen
United States District Court Judge


Dated this June 25, 2009

_____
Irvin Simons
**Law Offices of Robert Lyons**
**295 W. Winton Ave.**
**Hayward, CA 94544**