1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9
                              UNITED STATES DISTRICT COURT
10
                             NORTHERN DISTRICT OF CALIFORNIA
11
                                      OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,            )   No. CR08-00540 DLJ
13                                      )
                    Plaintiff,          )   STIPULATION AND ORDER FOR
14                                      )   CONTINUANCE OF SENTENCING
                v.                      )   PROCEEDING
15                                      )
   JAMES SELZER,                        )
16                                      )
                    Defendant.          )
17 _____     )

18         Plaintiff United States of America, by and through its counsel of record, and defendant

19 James Selzer, by and through his counsel of record, hereby stipulate as follows:

20         1.      On September 4, 2009, defendant entered a guilty plea to the two-count indictment

21 and sentencing was scheduled for December 4, 2009 at 10 a.m. By notice dated October 30, 2009,

22 the December 4th sentencing date was vacated due to this Court's unavailability and a new

23 sentencing date of December 18, 2009 at 10 a.m. was set.

24         2.      The parties stipulate and request that the sentencing proceeding be continued from

25 December 18, 2009 to February 12, 2010 at 10 a.m. Insa Bel' Ochi, the probation officer assigned

26 to prepare the pre-sentence report, has informed the parties that the investigation of defendant's

27 background has been labor-intensive and, as the result of the particular circumstances, she needs

28

STIPULATION AND ORDER
CR08-00540 DLJ

additional time to prepare an accurate and thorough report.  In addition, Ms. Bel' Ochi will be out of the office from December 20, 2009 to January 4, 2010.

Dated: 11/30/09                             /s/
                                         DEBORAH R. DOUGLAS
                                         Assistant United States Attorney

Dated: 11/30/09                             /s/
                                         IRVIN L. SIMONS, Esq.
                                         Attorney for Defendant

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Sentencing Hearing for defendant James Selzer set for December 18, 2009 at 10 a.m. is VACATED. The new sentencing date is February 12, 2010 at 10 a.m.

IT IS SO ORDERED.

Dated :December 1, 2009
                                         _____
                                         HONORABLE D. LOWELL JENSEN
                                         United States District Court Judge

STIPULATION AND ORDER
CR08-00540 DLJ