IRVIN L. SIMONS (182082)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone:  (510) 782-6161
Facsimile:  (510) 782-3519

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND VENUE

| UNITED STATES OF AMERICA, | ) | Case No.: CR 08-00540 DLJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) | |
| JAMES SELZER, | ) | |
| Defendant. | ) | |

The parties by and through their counsel of record, hereby stipulate to the following:

The parties have jointly agreed that the current sentencing date of Friday, February 12, 2010 be continued until Friday, February 19, 2010.  The reason for the continuance is that Attorney Irvin Simons recently received the Presentence Investigation Report on January 28, 2010 from U.S. Probation. Attorney Irvin Simons needs time to review this report with the defendant, who is in custody.  Attorney Irvin Simons has consulted with U.S. Probation Officer, Insa Amina Bel'Ochi and she stated she is available February 19, 2010.

///

///

///

///

STIPULATION AND ORDER CONTINUANCE SENTENCING HEARING - 1

Date:  February 2, 2010               /s/ Irvin L. Simons
                                      IRVIN L. SIMONS
                                      Attorney for James Selzer

Date:  February 2, 2010               /s/ Deborah Douglas
                                      DEBORAH DOUGLAS
                                      Assistant United States Attorney

**ORDER**

It is hereby ordered that the sentencing hearing currently scheduled for February 12, 2010 be continued to February 19, 2010 by stipulation of the parties.

Date:  February 3, 2010               _____
                                      D. Lowell Jensen
                                      United States District Court Judge